# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| POLARIS INDUSTRIES INC., a Delaware Corporation, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 15-cv-04475 (JRT/TNL) |
| v. | ) ) | |
| ARCTIC CAT INC., a Minnesota Corporation, and ARCTIC CAT SALES INC., a Minnesota Corporation, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## POLARIS'S MOTION FOR AN ORDER FINDING THAT DEFENDANT ARCTIC CAT IS ESTOPPED FROM ASSERTING ITS IDENTIFIED INVALIDITY GROUNDS

Pursuant to Dkt. No. 454, Plaintiff Polaris Industries Inc. ("Polaris") respectfully files this motion and accompanying memorandum in support regarding the scope of estoppel under 35 U.S.C. 315 § (e)(2).

Polaris respectfully moves the Court, pursuant to Federal Rule of Evidence 104, for an Order holding that Defendants Arctic Cat Inc. and Arctic Cat Sales Inc. (collectively, "Arctic Cat") are statutorily estopped from offering into evidence at trial any of the references forming the seven "combinations" it asserts in this case as 35 U.S.C. § 103 obviousness defenses against claims 1-12 and 14-22 of U.S. Patent 9,217,501.

Polaris also respectfully moves the Court, pursuant to Local Rule 7.1 and Federal Rule of Civil Procedure 56, for an Order granting summary judgment in Polaris's favor on each of the seven "combinations" Arctic Cat asserts as 35 U.S.C. § 103 obviousness defenses against claims 1-12 and 14-22, on the basis that Arctic Cat is statutorily estopped from raising those defenses.

This motion is based on the supporting Memorandum of Law, the exhibits and declarations submitted herewith, and all other documents and materials of record in this matter.

Dated:  March 12, 2019           **Polaris Industries Inc.** *by counsel*

          *s/Peter M. Kohlhepp*
Alan G. Carlson
  Minnesota Bar No. 0014801
Dennis C. Bremer
  Minnesota Bar No. 0299182
Samuel T. Lockner
  Minnesota Bar No. 0341095
William F. Bullard
  Minnesota Bar No. 0391013
Peter M. Kohlhepp
  Minnesota Bar No. 0390454
Nathan Louwagie
  Minnesota Bar No. 0397564
CARLSON, CASPERS, VANDENBURGH
   & LINDQUIST, PA.
225 South Sixth Street, Suite 4200
Minneapolis, MN 55402
(612) 436-9600 Telephone
(612) 436-9605 Facsimile
acarlson@carlsoncaspers.com
dbremer@carlsoncaspers.com
slockner@carlsoncaspers.com
wbullard@carlsoncaspers.com
pkohlhepp@carlsoncaspers.com
nlouwagie@carlsoncaspers.com

*Attorneys for Plaintiff Polaris Industries Inc*